# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA, | : | No. 4:00-CR-0331 |
|---|---|---|
| | : | |
| | : | (Judge Brann) |
| v. | : | |
| EDWARD F. LATIMORE, | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 15th day of August 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner's Motion to Correct Sentence Under § 2255 is **DENIED**. ECF No. 5.

2. A certificate of appealability is granted on the issue of whether *United States v. Johnson*, 135 S.Ct. 2551 (2015), "newly recognize[s]" a right for petitioner under 28 U.S.C. § 2255(f)(3).

3. The Clerk of Court is directed to close 4:16-CV-1202.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge